IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | 4:20 CR 105 |
| ) | |
| v. ) | CASE NO. _____ |
| ) | Title 18, United States Code, |
| KEVIN CROCKETT, ) | Sections 922(g)(1) and 924(a)(2) |
| ) | |
| Defendant. ) | JUDGE ADAMS |

COUNT 1
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

On or about October 5, 2019, in the Northern District of Ohio, Eastern Division, Defendant KEVIN CROCKETT, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Robbery, on or about August 27, 2008, in case number 4:08CR116, in United States District Court, Northern District of Ohio, knowingly possessed in and affecting interstate commerce a firearm and ammunition, to wit: a Sturm, Ruger and Co. Inc., Model P89 DAO, 9mm pistol, bearing serial number 303-93537, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.